IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES LEE SMITH, aka TYRE SMITH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-5753 |
| DEPUTY WARDEN ROGER BOLAVA; | : | |
| DR. K. DEDANIA (PrimeCare); | : | |
| ST. LUKE'S HOSPITAL; | : | |
| DR. DAVID KNEAL; | : | |
| DR. NATE KALTESKI; and | : | |
| RN EMELIA CAPUTO, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this 20th day of May, 2015, upon consideration of defendants Deputy Warden Roger Bolava, Dr. K. Dedania (PrimeCare), Dr. David Neal, Dr. Nate Kalteski, and RN Emelia Caputo's motions to dismiss (Doc. Nos. 14, 18), and plaintiff's responses thereto, **IT IS HEREBY ORDERED** that:

1. The motions are **GRANTED** and all of plaintiff's claims are **DISMISSED WITH PREJUDICE**.

2. No claims having been made against St. Luke's Hospital, said defendant is **DISMISSED WITH PREJUDICE** as a party to this action.

3. The Clerk shall mark this action **CLOSED** for statistical purposes.

/s/  William H. Yohn Jr.
William H. Yohn Jr., Judge